```
MIME-Version:1.0
From:ecf_bounces@nyed.uscourts.gov
To:nobody@nyed.uscourts.gov
Bcc:Jeffrey_Amato@nyed.uscourts.gov,Daniel_Venditti@nyed.uscourts.gov,Laurie_Coleman
Message-Id:<2355207@nyed.uscourts.gov>
Subject:Activity in Case 2:05-cv-04052-ADS-ARL Gotham Distributing Corporation v. In
```
/Unsettled)" Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## Eastern District of New York

Notice of Electronic Filing

The following transaction was received from Awerdick, Megan entered on 7/18/2006 at 2:06 PM EDT and filed on 7/18/2006

**Case Name:**　　Gotham Distributing Corporation v. Intercontinental Records and Cassette, Inc.
**Case Number:**　　2:05-cv-4052
**Filer:**
**Document Number:**

**Docket Text:**
REPORT of Mediation SETTLED. As per phone conversation with James Doherty, Counsel for the Plaintiff, case settled pending delivery of inventory. Attorney Questionnaires due by 8/1/2006. (Awerdick, Megan)

*[Handwritten: CASE CLOSED SUBJECT TO THE TERMS OF THE SETTLEMENT AGREEMENT.]*

The following document(s) are associated with this transaction:

**2:05-cv-4052 Notice will be electronically mailed to:**

Stewart L. Levy　　slevy@etllaw.com

Oren J. Warshavsky　　owarshavsky@gibbonslaw.com

*[Handwritten signature] U.S.D.J.　7/19/06*

**2:05-cv-4052 Notice will be delivered by other means to:**